1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| T.E. ARTEMIS,<br><br>        Plaintiff,<br><br>    vs.<br><br>"CRATERS & FREIGHTERS SOUTH CHICAGO," "FASTBEND GROUP", JANET FASTABEND, JACKIE GUNDBERG, et al., and all employees,<br><br>        Defendants. | Case No:  C 10-03952 SBA<br><br>**JUDGMENT** |

In accordance with the Court's Order Granting Defendants' Motion to Dismiss,

IT IS HEREBY ORDERED THAT judgment is entered for Defendants.

IT IS SO ORDERED.

Dated: November 29, 2010

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge

1

2

3

4

5  UNITED STATES DISTRICT COURT
   FOR THE
6  NORTHERN DISTRICT OF CALIFORNIA

7
   ARTEMIS et al,
8
              Plaintiff,
9
      v.
10
   CRAFTERS & FREIGHTERS SOUTH
11 CHICAGO FASTABEND GROU et al,

12            Defendant.
   _____/
13

14                                          Case Number: CV10-03952 SBA

15                                          **CERTIFICATE OF SERVICE**

16
   I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District
17 Court, Northern District of California.

18 That on November 30, 2010, I SERVED a true and correct copy(ies) of the attached, by placing
   said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by
19 depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery
   receptacle located in the Clerk's office.

20

21

22 T. E. Artemis
   P.O. Box 24650
23 Oakland,  CA 94623

24 Dated: November 30, 2010

25                                  Richard W. Wieking, Clerk
                                        By: LISA R CLARK, Deputy Clerk
26

27

28