UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| T.E. ARTEMIS,<br><br>        Plaintiff,<br><br>  vs.<br><br>"CRATERS & FREIGHTERS SOUTH CHICAGO," "FASTBEND GROUP", JANET FASTABEND, JACKIE GUNDBERG, et al., and all employees,<br><br>        Defendants. | Case No: C 10-03952 SBA<br><br>**ORDER** |

      On November 30, 2010, the Court dismissed the instant action, pursuant to Federal Rule of Civil Procedure 41(b), based on Plaintiff's failure to file a response to Defendants' motion to dismiss, as required by the Civil Local Rules and the Standing Orders of this Court. The Court issued a separate judgment on the same date.

      On December 2, 2010, Plaintiff filed what appears to be a pro se opposition to Defendants' motion to dismiss. Dkt. 23. However, since the deadline to file a response to Defendants' motion to dismiss has long since passed, and because the Court has already dismissed the action, said memorandum—which is largely unintelligible—is moot and will not be considered by the Court.

      On December 14, 2010, Plaintiff filed a one-page document styled as, "Request for Answer: Should Plaintiff be Filing a Motion for Reconsideration of Plaintiff's Answer or an Appeal to District Court?" Dkt. 25. The Court does not provide legal advice to parties, and therefore, her request is denied. Nonetheless, Plaintiff should be aware that if she

intends to seek relief from the judgment entered against her on November 30, 2010, she may do so by filing an appropriate motion consistent with Federal Rule of Civil Procedure 59(e) and/or 60(b).  Any submission to the Court must be consistent with the Civil Local Rules, including but not limited to Civil Local Rule 7, which governs the filing of motions and other requests.  The Court will not consider any motion that is not filed consistent with the Local Rules and/or the Federal Rules of Civil Procedure.  In the event Plaintiff should decide to appeal, she should review Federal Rules of Appellate Procedure, including but not limited to Rule 4, which governs the timing of appeals.  Nothing in this order should be construed as advice to Plaintiff as to what action, if any, she should undertake. Accordingly,

    IT IS HEREBY ORDERED THAT Plaintiff's request for answer is DENIED.

    IT IS SO ORDERED.

Dated:  1/3/11

                                                                  _____
                                                                  SAUNDRA BROWN ARMSTRONG
                                                                  United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

ARTEMIS et al,

       Plaintiff,

 v.

CRAFTERS & FREIGHTERS SOUTH
CHICAGO FASTABEND GROU et al,

       Defendant.
                                     /

Case Number: CV10-03952 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 5, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

T. E. Artemis
#141 Iron Horse &#064; Central Station
1801 Fourteenth Street
Oakland, CA 94607

Dated: January 5, 2011
                                            Richard W. Wieking, Clerk
                                              By: LISA R CLARK, Deputy Clerk